| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2016
David J. Bradley, Clerk

Maria Palacios, §
§
    Plaintiff, §
§
versus §   Civil Action H-14-2117
§
Ace Cash Express, INC., §
§
    Defendant. §

## Final Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on July 14, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge